# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Demetrio Martin Chilel,<br>a.k.a.: Demetrio Martin-Chilel,<br>(A 079 020 976)<br>*Defendant* | Case No. 16-6437MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 29, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Demetrio Martin Chilel, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Houston, Texas, on or about January 16, 2004, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Abbie Broughton Marsh

☒ Continued on the attached sheet.

*Complainant's signature*

Luis E. Teran,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 30, 2016

*Judge's signature*

City and state: Phoenix, Arizona

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Luis E. Teran, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 29, 2016, while following a lead, the Phoenix ICE Mobile Criminal Alien Team (MCAT) encountered Demetrio Martin Chilel during a vehicle stop at the intersection of North 40th Avenue and West Van Buren Street, in Phoenix, Arizona. ICE MCAT officers interviewed Martin Chilel on scene and determined him to be a citizen of Guatemala, illegally present in the United States. On the same date, Martin Chilel was transported to the Phoenix ICE detention office for further investigation and processing. Martin Chilel was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Demetrio Martin Chilel to be a citizen of Guatemala and a previously deported criminal alien. Martin Chilel was removed from the United States to Guatemala through Houston, Texas, on or about January 16, 2004, pursuant to an order of removal issued by an immigration judge. There is no

1

record of Martin Chilel in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Martin Chilel's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Demetrio Martin Chilel was convicted of Criminal Possession of a Forged Instrument, a felony offense, on November 12, 2003, in the District Court of Dakota County, Nebraska. Martin Chilel was sentenced to seventy-nine (79) days' incarceration. Martin Chilel's criminal history was matched to him by electronic fingerprint comparison.

5. On September 29, 2016, Demetrio Martin Chilel was advised of his constitutional rights. Martin Chilel freely and willingly agreed to provide a statement under oath. Martin Chilel stated that his true and complete name is Demetrio Martin Chilel and that he is a citizen of Guatemala. Martin Chilel stated that he illegally entered the United States on or about March 20, 2004, through Altar, Sonora, without being inspected by an immigration officer. Martin Chilel further stated that he had been removed from the United States and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 29, 2016, Demetrio Martin Chilel, an alien, was found in the United

States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Houston, Texas, on or about January 16, 2004, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

Luis E. Teran,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 30th day of September, 2016.

David K. Duncan,
United States Magistrate Judge

3